**DISMISS; and Opinion Filed July 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00621-CV

**MALLORY YORK, Appellant**
**V.**
**MAKEATHA COOPER, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF13-01004**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

The clerk's record in this case is overdue. By letter dated June 23, 2014, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file written verification that appellant had paid or made arrangements to pay for the clerk's record or that appellant had been found entitled to proceed without payment of costs. We cautioned that if appellant did not filed the required documentation within ten days of the date of the letter, we might dismiss the appeal for want of prosecution without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record or this appeal.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE


140621F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MALLORY YORK, Appellant

No. 05-14-00621-CV      V.

MAKEATHA COOPER, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas

Trial Court Cause No. DF13-01004.

Opinion delivered by Justice Lang, Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MAKEATHA COOPER recover her costs of this appeal, if any, from appellant MALLORY YORK.

Judgment entered this 14th day of July, 2014.